PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Juan Manuel Perez     **Docket Number:** 05-00409-001
**PACTS Number:** 005640

**Name of Sentencing Judicial Officer:** Honorable William G. Bassler

**Date of Original Sentence:** March 15, 2006

**Original Offense:** Fraud by Wire-Radio-or Television

**Original Sentence:** 41 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 02/11/10

**Assistant U.S. Attorney:** To be assigned, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Kevin Carlucci, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On approximately June 1, 2010, in Linden, New Jersey, the offender stole a Verifone credit card machine (valued between $200 and $500) from Shop-Rite, 637 W. Edgar Road, Linden, New Jersey. After committing this theft, he used the machine to steal between $75,000 and $80,000 cash from the account of Shop-Rite. Perez has been charged with theft, in violation of NJSA 2C:20-3A (a 4th degree crime), theft by deception, in violation of NJSA 2C:20-7A (a 3rd degree crime), and a 2nd degree theft charge, in violation of NJSA 2C:20-2B(2)(A). On November 23, 2010, Perez was arrested at his residence by the Linden Police Department. These charges are pending in Union County. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Edward J. Irwin
U.S. Probation Officer
Date: 11/29/10

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

December 2, 2010
Date